**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

CLOUD9 TECHNOLOGIES LLC,

               Plaintiff,                   Civil Action No. _____

               v.                     **JURY TRIAL DEMANDED**

IPC SYSTEMS, INC. and
IPC NETWORK SERVICES, INC.,

               Defendants.

**CLOUD9 TECHNOLOGIES LLC'S**
**MOTION TO SEAL COMPLAINT**

Cloud9 Technologies LLC ("Cloud9") hereby moves this Court, pursuant to D. Del. Local Rule 26.2, for an Order authorizing it to file its Complaint ("Complaint") under seal.  As grounds for this Motion, Cloud9 states as follows:

1.  The Complaint references and reflects the confidential business information of Plaintiff.

2.  Accordingly, good cause exists to protect the interests of the parties against the public dissemination of the confidential information attached within the Complaint, and Plaintiff requests permission to file the Complaint, which includes Exhibits 1-25, under seal.  In this regard, the attached proposed order contemplates that Plaintiff will file a public version of the Complaint within fourteen (14) days of serving the above-named Defendants to allow for redaction of confidential information.

3.  WHEREFORE, Plaintiff respectfully requests that the Court permit Plaintiff to file the Complaint and related documents under seal.

Dated: December 21, 2018

*/s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (I.D. #3726)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
 (302) 888.6800
Email: kdorsney@morrisjames.com

*Attorneys for Cloud9 Technologies LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

CLOUD9 TECHNOLOGIES LLC,

    Plaintiff,

  v.

IPC SYSTEMS, INC. and
IPC NETWORK SERVICES, INC.,

    Defendants.

Civil Action No.

_____

**JURY TRIAL DEMANDED**

## ORDER

Having considered **PLAINTIFF'S *EX PARTE* MOTION TO SEAL COMPLAINT**.

**IT IS HEREBY ORDERED** this _____ day of _____, 2018 that the Motion is

**GRANTED**, and the Complaint in this matter is deemed sealed.  Plaintiff shall file a public

version of the Complaint within fourteen (14) days of serving the Defendant with the Complaint.

_____
U.S. District Court Judge