# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLOUD9 TECHNOLOGIES LLC, | |
| Plaintiff, | Civil Action No. _____ |
| v. | **JURY TRIAL DEMANDED** |
| IPC SYSTEMS, INC. and IPC NETWORK SERVICES, INC., | |
| Defendants. | |

## CLOUD9 TECHNOLOGIES LLC'S RULE 7.1 FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, counsel for Plaintiff Cloud9 Technologies LLC states as follows:

1. Cloud9 Technologies LLC is not a publicly-traded company.

2. J.P. Morgan Chase & Co., a publicly held corporation, indirectly owns 10% or more of Cloud9 Technologies LLC's stock.

Dated: December 21, 2018

      */s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (I.D. #3726)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
(302) 888.6800
Email: kdorsney@morrisjames.com

*Attorneys for Cloud9 Technologies LLC*