IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLOUD9 TECHNOLOGIES LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-2042 (CFC) |
| | ) |
| IPC SYSTEMS, INC. and IPC NETWORK SERVICES, INC., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND [PROPOSED] ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for the parties to file a redacted version of Plaintiff's Complaint is extended from January 21, 2019 (*see* D.I. 5) until January 25, 2019.

MORRIS JAMES LLP

/s/ *Kenneth L. Dorsney*
_____
Kenneth L. Dorsney (#3726)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com
*Attorneys for Plaintiff Cloud9 Technologies LLC*

January 18, 2019

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Stephen J. Kraftschik*
_____
Karen Jacobs (#2881)
Stephen J. Kraftschik (#5623)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
kjacobs@mnat.com
skraftschik@mnat.com
*Attorneys for Defemdamts IPC Systems, Inc. and IPC Network Services, Inc.*

SO ORDERED THIS _____ day of January, 2019.

_____
United States District Judge